UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


LE' PALMS ESPLANADE, LLC
AND MONICA R. DOVE                              CIVIL ACTION

v.                                              NO. 17-11259

CERTAIN UNDERWRITERS AT                         SECTION "F"
LLOYD'S LONDON AND ASSOCIATES
CLAIMS & INSURANCE SERVICES, LLC

ORDER AND REASONS

Before the Court is Associates Claims & Insurance Services, LLC's motion to dismiss the plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).

The plaintiffs, Le' Palms Esplanade and Monica Dove, filed their complaint against Certain Underwriters at Lloyd's London and Associates Claims and Insurance Services LLC on September 14, 2017 in Civil District Court for Orleans Parish. The plaintiffs' claims arise from state law. Le' Palms Esplanade is a limited liability company licensed to do business in Louisiana, with its principle place of business in Orleans Parish. Dove is a resident of Orleans Parish. The plaintiff initially only served Lloyd's London. Lloyd's London removed the case to this Court on October 25, 2017. In its notice of removal, it stated that it is domiciled in England, and that this Court had diversity jurisdiction over the

case.[1] Associates Claims submitted a waiver of service on March 8, 2018, after the case was removed. Associates Claims is a company authorized to do business in Louisiana, and maintains its principal place of business in Jefferson Parish. Accordingly, the plaintiff and one of the defendants are both residents of Louisiana.

"[F]ederal courts are duty-bound to examine the basis of subject matter jurisdiction sua sponte." Union Planters Bank Nat. Ass'n v. Salih, 369 F.3d 457, 460 (5th Cir. 2004). Lloyd's London invoked diversity jurisdiction under 28 U.S.C. § 1332, which requires diversity among the parties and an amount in dispute greater than $75,000. Because the plaintiffs and one of the defendants, Associates Claims, are not diverse, the Court does not have jurisdiction over the case. Accordingly, IT IS ORDERED: that the case is remanded to state court for further proceedings.

New Orleans, Louisiana, June 25, 2018

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] Lloyd's London insures Le' Palms. The basis of the complaint stems from an insurance dispute. The policy is subscribed by three syndicates, which are managed by three separate companies. Each company is organized and maintains its principal place of business in England.